## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MAXUM INDEMNITY COMPANY**                                                        **PLAINTIFF**

**v.**                          **Case No. 5:15-cv-00376-KGB**

**CATER FARM AND PLANTING, LLC;**
**VICTOR MANUEL TALAVERA-TALAVERA; and**
**MARCO ANTONIO TALAVERA-LEMUS**                                         **DEFENDANTS**

### ORDER

Before the Court is the stipulation of dismissal filed by all parties (Dkt. No. 16). The stipulation states that the parties move to dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his or her own costs. Therefore, the Court dismisses this action without prejudice. This case is removed from the trial calendar for the week of October 17, 2016.

So ordered this 23rd day of June, 2016.

_____
Kristine G. Baker
United States District Judge